TONY MABRY
NAME
D-90450
PRISON NUMBER

P.O. BOX 5004
CURRENT ADDRESS OR PLACE OF CONFINEMENT

CALIPATRIA, CA. 92233
CITY, STATE, ZIP CODE

**FILED**

MAR 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ✓  1983
FILING FEE PAID
Yes ____  No ✓
IFP MOTION FILED
Yes ✓  No ____
COPIES SENT TO
Court ✓  Pro Se

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TONY MABRY
XXXXXXXXXXXXXXXXXXXXXXXXXX,
(FULL NAME OF PETITIONER)
                              PETITIONER

v.

L.E. SCRIBNER ( WARDEN ),
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

                              RESPONDENT
                    and

_____,

The Attorney General of the State of
California, Additional Respondent.

**'08 CV 0467 JM AJB**

Civil No _____
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

### PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

HILL V. ALASKA 297 F.3d 895
( 9TH. Cir 2002 )

Challenge to "term-computation"
of release date-Illegal Commitment.

1. Name and location of the court that entered the judgment of conviction under attack: _____
   Riverside County Superior Court

2. Date of judgment of conviction: 4-17-91

3. Trial court case number of the judgment of conviction being challenged: _____
   Case Number: CR37941

4. Length of sentence: 42 yrs. 8 months

CIV 68 (Rev. Jan. 2006)                                                    cv

5.   Sentence start date and projected release date: __Start: 6-11-1991__

__projected release date 12-2-2018__

6.   Offense(s) for which you were convicted or pleaded guilty (all counts): _____

__(PRINCIPAL-TERM/Count-4 246 PC) (Subordinate term/Cnt. 1/187__

__PC) (Count 2/12021) ( 667 )__

7.   What was your plea? (CHECK ONE)

   (a)  Not guilty          ☒

   (b)  Guilty              ☐

   (c)  Nolo contendere     ☐

8.   If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)

   (a)  Jury          ☒

   (b)  Judge only ☐

9.   Did you testify at the trial?
   ☒ Yes  ☐ No

## DIRECT APPEAL

10.  Did you appeal from the judgment of conviction in the **California Court of Appeal**?
   ☒ Yes  ☐ No

11.  If you appealed in the **California Court of Appeal**, answer the following:

   (a)  Result: __N/A HILL V. ALASKA__

   (b)  Date of result (if known): _____

   (c)  Case number and citation (if known): __E009598 4TH. Appell. Dist.__

   (d)  Names of Judges participating in case (if known)_____

   _____

   (e)  Grounds raised on direct appeal: _____
           __N/A__

   _____

12.  If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:

   (a)  Result: _____

   (b)  Date of result (if known): _____

   (c)  Case number and citation (if known): ____ __N/A A-D__

   _____

   (d)  Grounds raised: _____

   _____

   _____

CIV 68 (Rev. Jan. 2006)

CV

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result: _____

    (b) Date of result (if known): _____

    (c) Case number and citation (if known): _____
    _____ N/A _____

    (d) Grounds raised: _____

    _____

    _____

    _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ☐ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:

    (a) **California Superior Court** Case Number (if known):_____

    (b) Nature of proceeding: _____
    _____

    (c) Grounds raised: _____ N/A _____

    _____

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☐ No

    (e) Result: _____ N/A _____

    (f) Date of result (if known): _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☐ Yes ☐ No

    N/A

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number (if known):_____

    (b) Nature of proceeding: _____

    (c) Names of Judges participating in case (if known)_____

    _____

    (d) Grounds raised: _____ N/A _____

    _____

    _____

    (e) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☐ No

    (f) Result: _____

    (g) Date of result (if known): _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☐ Yes  ☐ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number (if known):_____

    (b) Nature of proceeding: _____

    _____

    (c) Grounds raised: _____ N/A _____

    _____

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?

        ☐ Yes  ☐ No

    (e) Result: _____ N/A _____

    (f) Date of result (if known): _____

20.  If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

Im challenging my "release date" under (Hill v. Alaska)....

( TERM COMPUTATION ) ( ILLEGAL COMMITMENT )

_____

_____

## COLLATERAL REVIEW IN FEDERAL COURT

21.  Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
☒ Yes ☐ No    (IF "YES" SKIP TO #22)
   (a)  If no, in what federal court was the prior action filed? _____
      (i) What was the prior case number? _____
      (ii) Was the prior action (CHECK ONE):
         ☐ Denied on the merits?
         ☐ Dismissed for procedural reasons?      N/A    A thru C
      (iii) Date of decision: _____
   (b)  Were any of the issues in this current petition also raised in the prior federal petition?
      ☐ Yes ☐ No
   (c)  If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
      ☐ Yes ☐ No

---

**CAUTION:**

•  **Exhaustion of State Court Remedies:**  In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

•  **Single Petition:**  If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

•  **Factual Specificity:**  You must state facts, not conclusions, in support of your grounds.  For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do.  A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

REMEDIES FOR:                ( E X H A U S T I O N )

Due to the fact that on the face of the petition petitioner
is challenging his (FIRST-TERM-COMPUTATION) & (RELEASE-DATE)
under <u>HILL V. ALASKA</u>, his habeas petition is (NOT) a successive
petition requiring permission from the court.

There can be (no useful purpose to enforcing the petitioner
to retreat back to square **one** & wend his way anew through a
jurisdictional maze.) <u>Libby v. Magnusson</u>, 177 F. 3d 43, 45
(1ST. Cir 1999).

Petioner has 5TH. & 14TH. Amendment Right to "due process &
equal Protection" of the law & liberty. U.S.C.A 5TH. & 14TH.

For future (civil) matters petitioner does have a current CDC-
602 pending to cover his... 42 U.S.C.A. 1983....purposes.


Also petitioner is in the hopes that he is properly before this
"Southern District Of California" in which a sentence is being
executed, the district of confinement is the preferable forum.
See <u>Dunn v. Henman</u>. 875 F.2d 244, 249 (9TH. cir 1989) (Stating,
in 28 U.S.C. 2241 action, that the proper forum to challenge
the execution of a sentence is the distri'sct where the prisoner
is confined.); <u>Russo v. Newland</u>, 2000 WL 194892. *1 (N.D.CAL.);
accord, In re Phelon, 2002 WL 31618536, *1 (N.D.CAL.); <u>Thomas
v. Hepburn</u>, 2001 WL 505916, *1 (N.D.CAL.); <u>McKnight v. Forman</u>
, 1997 WL 50267, *1 (N.D.CAL.).

Therefor, under Rule (9) of the rules governing **2254** petitioner
"PRAYS" that he is properly before this court.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: Were petioners 5TH. Amendment Rights violated when CDCR-case analyst subjected him to successive (in error) (parole date) computations ?

Supporting FACTS: There were 5-amended (unverified) (AOJ) "Abstract Of Judgment" hearings all with term computations resulting in erroneous conflicting calculations. Subjecting petitioners release date to be computed by CDCR-case analyst in error for 17-years. Department Of Corrections/LPU-Legal Processing Unit used the same in error legal-documentation for over 8yrs. due to never attaing 5-different sets of (minute-orders & sentencing transcripts) to determine an accurate parole date for petitioner after each hearing. Rendering the amended (Abstracts) to be "unverified" & (ONLY) documents used to be conducive to petitioners (confinement) & not to the accuracy of his parole date. Severely violating petitioners U.S. Const. 5TH. Amendment Rights...(See appendix: A-1, 2, 3, 4 & app: B-1, 2, 3-for un-verified (AOJ'S) & documents providing scrutiny for un-verification-retired judge (Macomber) during amendment hearings-calen. day for 12-9-99/no hearings)...(See app.C 1-3...8+yrs. worth of LPU-notices of in error legal documents.... 5-6-8-14TH. U.S.C.A.

Did you raise GROUND ONE in the California Supreme Court?

☐ Yes ☐ No.  N|A

If yes, answer the following:

(1)  Nature of proceeding (i.e., petition for review, habeas petition): N|A

(2)  Case number or citation: N|A

(3)  Result (attach a copy of the court's opinion or order if available): N|A

**(b) GROUND TWO:** Has petitioners U.S. Const. 6TH, Amendment Rights been violated when CDCR-case analyst "ACTED" as petitioners counsel unto his knowing or consent ??

**Supporting FACTS:** Petitioners (case num. CR37941) had been requested for a (jurisdictional change-12-2-99), CDCR case records analyst "AUTHORIZED" the change on their own authority waiving petitioners rights to (COUNSEL). Petitioner was (NOT) informed by case records analyst of the jurisdiction change being requested & granted, resulting in a unverified 12-9-99-minute order, displaying re-adjudication applied to petitioners term, altering his release date, at a time he should have been afforded a "right to counsel" to refute all matters pertaining to his term being re-computated.

U.S.C.A. 6TH Amendment

See appendix: A-1...For 12-9-99/minute order, after CDCR case Rec. had not notified petitioner of his rights to counsel....

See app: B-4...To see a copy of petitioners court record displaying the 12-2-1999 (change jurisdiction to Ri)....

5-6-8-14TH. U.S.C.A.

**Did you raise GROUND TWO in the California Supreme Court?**

☐ Yes ☐ No.   N|A

If yes, answer the following:

(1) . Nature of proceeding (i.e., petition for review, habeas petition): ___ N|A

(2) Case number or citation: ___

(3) Result (attach a copy of the court's opinion or order if available): ___

(c) **GROUND THREE**: Were petitioners U.S. Const. 8TH. Amendment Rights violated when CDCR-case-records-analyst discovered that they were computating petitioners release date in error ???

**Supporting FACTS**: Petitioners term should have been terminated by (10-13-1995) being that CDCR case analyst had not been able to (RECORD) a legitimate release date for petitioner during his first 5yrs. of detention. Instead "LPU" case analyst continued to accept (unverified-still in error) legal documentation. Causing petitioner to be subjected to **cruel & unusual punishment** multiple times over...

U.S. Constitutional 8TH. Amendment

See appendix: C-2...To view Dept. of Corr./LPU-10-13-95 notice of (NOT) getting legal documents in time to record petitioners term....

See app. C-5:...To view 8-6-98 **Legal Status Summary** printout unveiling case records being aware of errors well after 10-13-95....

See app. B-3...For 12-13-95/AOJ, that LPU received after their 10-13-95/notice..12-13-95/AOJ still in error after notice....

See (ALL) of appendix C:...To view a (recorded) time line of how long petitioners release date been in error (KNOWINGLY) by The Dept. Of Corrections....(1992-to-1999)

5-6-8-14TH. U.S.C.A.

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☐ No.    N/A

    If yes, answer the following:

(1)   Nature of proceeding (i.e., petition for review, habeas petition): _____

(2)   Case number or citation: _____ N/A

(3)   Result (attach a copy of the court's opinion or order if available): _____

(d) **GROUND FOUR**: Was petitioner illegally committed into CDCR & term computed (in error) by way of non legally binding un-verified "Abstract Of Judgment documents ????

Supporting FACTS: 6-6-91/AOJ documents have no filing stamps on either form that were used to commit petitioner into CDCR 6-11-91. The form recording the indeterminate-sentence is (NOT) an actual 1213 CR 292 sentencing document...& (N. Martinez) name is double lined from ?...This same document is used again (may 26, 1992) with (S. Deharo) signature as the said ( witness and seal of said court) (on June 6, 1991)...How did "N. Martinez & S. Deharo" sign the same document (ON 6-6-91) a year apart from each other ???? CDCR-case analyst excepted both May 26, 1991/AOJ documents & re-computated petitioners term without a minute-order & sentencing transcripts to verify the validity of the "1992/AOJ'S"....
Petitioner denies responsibility for any "fingerprints" on all AOJ forms recording his term...

See appendix: D-1, 2, 3...For both unverified-NON-1213 forms & 6-6-91/DSL 290 form....

See app: B-1...For unverified 5-26-92/DSL 290 form, no seals & stamps that accompanied the "NON-1213" form with S. Deharo signature....

See prison case-file/CDC-112 to see term re-computated (7-21-92).


5-6-8-14TH. U.S.C.A.

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.   N|A

If yes, answer the following:

(1)  Nature of proceeding (i.e., petition for review, habeas petition): N/A

(2)  Case number or citation:

(3)  Result (attach a copy of the court's opinion or order if available):

**(E)    GROUND FIVE:**  Were petitioners U.S. Const. 14TH. Amendment Rights violated when ?????

**Supporting Facts:** CDCR case analyst computated petitioners term while knowing the "trial courts mis-applied state statues" governing sentencing enhancement is in error, violating his "due process rights"; as (CDC) cannot change the sentence recorded on the (Abstract Of Judgment) even if the sentence violates the penal code or is contradicted by the sentencing transcripts.
CDCR case analyst **kept** violating petitioners "due process rights" once they (changed) a portion of petitioners term & re-calculated it in error on their own authority.
See (all of) appendix "C": To view documents showing that CDCR case analyst have placed (**The pricipal term-count 4/246 7yrs. & applied** it **to the indeterminate** count 1/25yrs...Causing the indeterminate sentence to read <u>**32 yrs**</u>....& Notices <u>FROM CDCR</u> in regards to misapplied enhancement statue.

While knowing their computating petitoners term with in error/enhancement & changed it on their own authority, petitioners term was re-computated again by CDCR **case analyst** 4yrs. after they had already notified the trial court/in 1995, of  not giving them petitioners (corrected) sentencing documents in a timely manner to record his sentence; then in (1999) CDCR case analyst received another set of documents to re-calculate petitioners term, **without** all the pertinent sentencing transcripts; CDCR **case analyst** must <u>view</u> all <u>(sentencing transcripts)</u> <u>upon a prisoners commitment</u>/re-commitment; Instead CDCR case analyst re-computated petitioners term again in (1999) still by way of their own interpretation of the in error enhancement along with unverified legal documents.

See app: A-1, 2, & CDC-case file/112...To view petitioners term recomputated by the 12-9-99 unverified minute order & AOJ'S....        •

Petitioner also hopes that this court acknowledges that all of his (AOJ) Abstract Of judgement/sentencing documents being used by L.E.Scribner/CDCR Case ananlyst to computate petitioners term/release date/confinement, because they are now incharge of said court records, have a bonifide question of authenticity.

U.S. 14TH. Amendment

5-6-8-14TH. U.S.C.A.

**23.** Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?

☐ Yes ☐ No

N/A

**24.** If your answer to #23 is "Yes," give the following information:

   (a)  Name of Court: _____

   (b)  Case Number: _____

   (c)  Date action filed: _____

   (d)  Nature of proceeding: _____

      _____

   (e)  Name(s) of judges (if known): _____ N/A _____

   (f)  Grounds raised: _____

      _____

      _____

      _____

      _____

   (g)  Did you receive an evidentiary hearing on your petition, application or motion?

      ☐ Yes ☐ No

**25.** Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a)  At preliminary hearing: _____

      _____

   (b)  At arraignment and plea: _____

      _____

   (c)  At trial: _____

      _____ N/A _____

   (d)  At sentencing: _____

      _____

   (e)  On appeal: _____

   (f)  In any post-conviction proceeding: _____

      _____

   (g)  On appeal from any adverse ruling in a post-conviction proceeding: _____

      _____

CIV 68 (Rev. Jan. 2006)

cv

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

☐ Yes  ☐ No

N|A

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

☐ Yes  ☐ No

(a) If so, give name and location of court that imposed sentence to be served in the future:

_____

(b) Give date and length of the future sentence: _____ N|A _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

☐ Yes  ☐ No

N|A

28. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to procced before a district judge and consent to magistrate judge jurisdiction.  Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter.  If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

*MARCH 9TH. 2008*

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

*3-9-08*                          *Tony MaBuy*

(DATE)                          SIGNATURE OF PETITIONER

( PRAYER FOR RELIEF )

1. Petitioner "PRAYS" that this Honorable-Court grant him relief from being illegally confined.

2. Petitioner request that it be (notarized) that he's been illegally committed into & confined by the "Department Of Corrections-CDCR".

3. Petitioner "PRAYS" that this Honorable Court "specify" all civil-rights violations that were committed against him.

4. Petitioner "PRAYS" that this court "specifies" that CDCR has been calculating his term in error with unverified documents.

Respectfully Submitted: *Tony MaBuy D-90950*
*( 3-9-08 )*

# VERIFICATION

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

( C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746)

I, _TONY MABRY_ DECLARE UNDER THE PENALTY OF PERJURY
THAT: I AM THE _PETITIONER_ IN THE ABOVE.ENTITLED ACTION;
I HAVE READ.THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS
TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND
BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _9 TH_ DAY OF _MARCH_, 2008, AT CALIPATRIA
STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002

(SIGNATURE) _Tony Mabry D-90150_
(DECLARANT/PRISONER)

---

# PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I, _TONY MABRY_, AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY
OF IMPERIAL, STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND I AM
NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002,
CALIPATRIA, CALIFORNIA 92233-5002

ON _MAR. 9TH_, 2008, I SERVED THE FOREGOING:

_FEDERAL-WRIT OF HABEAS CORPUS TO THE SOUTHERN DISTRICT
OF CALIF._

(SET FORTH EXACT TITLE OF DOCUMENT/S SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE
(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO
PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002

CLERK, USDC, SOUTHERN DISTRICT OF CALIF.
ROOM 4290
UNITED STATES COURTHOUSE
940 FRONT STREET
SAN DIEGO, CA 92101

OFFICE OF THE ATTORNEY
GENERAL SUITE 1100
110 WEST A STREET
SAN DIEGO, CA. 92101-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS
REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO
ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _3-9-08_ ~ _Tony Mabry_

( A P P E N D I X :   A )

A  1-thru-4

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
4100 Main St.
Riverside, CA  92501


People of the State of California
                    Vs.                         Case No. CR37941
            TONY MABRY

MINUTE ORDER

==================================================================
 Motion Set For CORRECTION OF ABSTRACT
 Date:.12/09/99      Time:   8:30 am     Dept/Div: 51
==================================================================
 Charges:  1) 187 PC-F C, 2) 12021 PC-F C, 4) 246 PC-F C, 999) 667 PC-F T

------------------------------------------------------------------
Honorable J. THOMPSON HANKS Presiding.
Clerk: S RUIZ
Court Reporter: B LANE
People Represented By J.RUIZ, DDA.
Defendant Represented By CDP-J. AQUILINA.
Defendant is Not Present.
At  8:50, the following proceedings were held:
Motion By Dept of Corrections Regarding Correction of Abstract
is called for hearing.
Upon review of minute order of sentencing and
abstract
Counsel Stipulate: Minute order is correct.
Counsel Stipulate: Abstract in incorrect..
Counsel Stipulate: Count 1 on abstract should read 25 years to
life   .
Motion Granted.
The Court orders Abstract corrected.
Defendant No Longer in custody for the reason: In custody of
Calif. Dept of Corrections.
  **MINUTE ORDER OF COURT PROCEEDING**

                                          Dispo



This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate
is attached is certified to be a full,
true and correct copy of the original
on file and of record in my office

ARTHUR A. SIMS, CLERK
Superior Court of California
County of Riverside

DEC 1 5 1999

00 MAR 15 PM 3: 15
RECEIVED
CSP - L.A. COUNTY
RECORDS OFFICE

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

                                                        A/1

# ABSTRACT OF JUDGMENT - PRISON COMMITMENT
## INDETERMINATE SENTENCE

FORM CR 292

- [X] SUPERIOR
- [ ] MUNICIPAL } COURT OF CALIFORNIA, COUNTY OF ___RIVERSIDE___
- [ ] JUSTICE

COURT (I.D.) **3 3 1 0 0**

BRANCH OR JUDICIAL DISTRICT: ___SUPERIOR___

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

DEC 1 5 1999

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA versus | [XX] PRESENT   CR37941   - A |
| DEFENDANT:  TONY MABRY | - B |
| AKA: | [ ] NOT PRESENT   - C |
| COMMITMENT TO STATE PRISON | AMENDED   - D |
| ABSTRACT OF JUDGMENT | ABSTRACT [X]   5TH   - E |

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 031993 | 62 | ROBERT D MACOMBER | A HATTON |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| G BREWER | J RUIZ | CDP-J AQUILINA | |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

[XX] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT __1 DSL290__ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | MO | DAY | YEAR | JURY TRIAL | COURT TRIAL | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187* | 1ST MURDER | 90 | 04 | 17 | 91 | X | | | | X | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.5 | 5 | | | | | | | | | 5 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER: List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b), list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 667 | 5 | | | | | | | | | 5 |
| | | | | | | | | | | |

4. Defendant was sentenced to State Prison for an indeterminate term:
   - A. [ ] For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts _____
   - B. [ ] For LIFE WITH POSSIBILITY OF PAROLE on counts _____
   - C. [ ] For 15 years to life, WITH POSSIBILITY OF PAROLE on counts _____
   - D. [X] For 25 years to life, WITH POSSIBILITY OF PAROLE on counts __1__
   - E. [ ] For other term prescribed by law on counts _____ (Specify term on separate sheet if necessary.)

   **PLUS enhancement time shown above.**

5. [ ] Indeterminate sentence shown on this abstract to be served [ ] consecutive to [ ] concurrent with any prior incompleted sentence(s).

6. Other Orders: (List all consecutive/concurrent sentence relationships, fines, etc. if not shown above)

MAR 15 PM 3: 15

RECEIVED
P - L.A. COUNTY
RECORDS OFFICE

(Use an additional page if necessary.)

7. [XX] The Court advised the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

8. EXECUTION OF SENTENCE IMPOSED:
   - A. [ ] AT INITIAL SENTENCING HEARING
   - B. [XX] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
   - C. [ ] AFTER REVOCATION OF PROBATION
   - D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
   - E. [ ] OTHER _____

9. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) **031993** | CREDIT FOR TIME SPENT IN CUSTODY **1356** | TOTAL DAYS  INCLUDING: | ACTUAL LOCAL TIME **904** | LOCAL CONDUCT CREDITS **-452** | STATE INSTITUTIONS [ ] DMH | [ ] CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
    - [XX] FORTHWITH
    - [ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
    - INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
    - [ ] CALIF. INSTITUTION FOR WOMEN—FRONTERA
    - [ ] CCWF—CHOWCHILLA
    - [X] CALIF. INSTITUTIONS FOR MEN—CHINO
    - [ ] DEUEL VOC. INST.
    - [ ] VACAVILLE
    - [ ] SAN QUENTIN
    - [ ] R.J. DONAVAN
    - [ ] OTHER (SPECIFY)

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE _____  DATE _____

* CLERK OF THE COURT

121599

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for indeterminate sentences. Attachments may be used but must be referred to in this document.

A/2

Form Approved by the
Judicial Council of California
Effective January 1, 1993

**ABSTRACT OF JUDGMENT - PRISON COMMITMENT - INDETERMINATE**
CR 292

Pen. ... § 12133

# >>class notes

## 1963

**Gene Elliot Goldman:** "I am old, fat and still practicing. How the hell did this happen? I am still married to the beautiful Bobbie, and we have seven grandchildren. I know how the hell that happened!"

**G. Dana Hobart:** "Still a member of the Rancho Mirage City Council. Still a 13 handicap."

**Ralph Horowitz:** "There is no plethora of interesting facts that I can remember 15 minutes after they happen."

**Jim Rogers** (LLM) is the new chancellor of the University and Community College System of Nevada, voted unanimously by the state board of regents in May.

**Donald Frederick Zimmer,** of Riverside, Calif., is semi-retired and is of counsel with the Riverside firm of Best, Best & Krieger, LLP. Don and wife, Cathy, spend much of their spare time visiting their three children and four grandchildren throughout California. "We send our best wishes to former classmates!" he writes.

**William Perry Bennett:** "I am 'semi-retired': no office expenses, no salaries, no fringe employee benefits, etc., etc. However, I am still counseling churches and other nonprofit religious/charitable organizations. See Web site at: www.thechurchcounsel.com."

**Robert D. Macomber:** "I retired in 1994 from 20 years' service on the bench at the Riverside Superior Court but have worked on assignment in various courts about six months each year since. The rest of my time is spent completing honey-do lists and enjoying our grandchildren."

**Kenneth A. "Kenny" Rosskopf** practices personal injury law in Decatur, Ga., his home for the past 20 years. He is married and has four children, two grandchildren and one great grandchild. His law practice concentrates on representing injured bicyclists. He is part of a national network of bicycle lawyers. Still bicycle racing at age 65, he finished second in the 2004 U.S. National Masters Championship Road Race in Park City, Utah. In 2001, Kenny founded a nonprofit bicycle recycling/transportation program, Decatur Yellow Bikes Inc. www.dvbikes.org, which

**Wendell Mortimer Jr.** continues to serve as a judge of the Los Angeles Superior Court. He is assigned to the Complex Litigation Program.

**John David Stoller:** "CPA at 20, attorney at 25 and pilot at 64. I have a son going to USC now and another to attend in three years. Any other pilots in our class?"

**Lawrence R. Young:** "Still feeding the homeless and the needy at the Adams Harbor Food Kitchen since I helped found it in 1991 — even more than practicing law. Currently seven murder cases and three attempt-murder cases are keeping me busy in my large law firm. Occasionally I go sailing. I take trips to exotic places like Cambodia; they add to life."

## 1966

**Phillip Feldman** has been an attorney for 38 years and is an author and lecturer on professional liability and professional responsibility. He is board certified by the state of California, the American Bar Association, and the American Board of Professional Liability Attorneys in legal and medical malpractice. He serves as an expert witness throughout the

A / 3

Case 3:08-cv-00467-JM-AJB    Document 1    Filed 03/12/2008    Page 20 of 38

 # Criminal Calendar 

**Home**

| Calendar Date |||||||
|---|---|---|---|---|---|---|
| < | **December 1999** ||||| > |
| S | M | T | W | T | F | S |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

☐ Use Calendar Control Records

    Calendar Control Group:  0

Department: | 51     ▓|

    **Only Show Hearings That Have Not Been Dispositioned**

    **Show All Hearings**

      **Close Sort Options**

Choose Up to Three Sort Criteria

(1) | Defendant Name ▓| | Ascending ▓|
(2) | Time ▓| | Ascending ▓|
(3) | Time ▓| | Ascending ▓|

    **Display Calendar**

Open Results in the | Actions     ▓| Page

| Time | Case Number | Defendant Name | Description | Charges |
|---|---|---|---|---|

## No Matches

There are no cases scheduled for 12/09/1999 in department 51.

( A P P E N D I X: B )

B   1-thru-4

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT**

FORM DSL 290

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | RIVERSIDE |
| COURT I.D. BRANCH | RIVERSIDE |

COURT I.D. 3,3,1,0,0

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: TONY MABRY
AKA:

☒☒ PRESENT
☐ NOT PRESENT

CASE NUMBER (S)
CR 37941  - A
- B
- C
- D
- E

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT

AMENDED
ABSTRACT ☒☒

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 05 24 91 | 07 | ROBERT D. MACOMBER | R. ABILEZ |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| G. BREWER | JOHN RUIZ | JOHN AQUILINA | |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):
☑ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT ____ 2 ____ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY | | | | ENHANCEMENT | | | | | | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | PC | 12021 | FELON W/GUN | 90 | 04 | 17 | 91 | X | | | U | | | X | | | | 0 | 8 |
| 04 | PC | 246 | SHOOT AT VEHICLE | 90 | 04 | 17 | 91 | X | | | U | PRINCIPAL | | | | | 7 | 0 |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC. For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 12022.5PC | S | | | | | | | | | |
| 04 | 12022.5(a) | S | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER. List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 3 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 3 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 667 PC | S | | | | | | | | | 5 0 |

4. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |

5. OTHER ORDERS  **Both Enhancements ordered stayed not stricken.**

Use additional sheets of plain paper if necessary.

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):

7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC. (Do not include § 654 stays or discretionary stays of term for enhancements.)

8. TOTAL TERM IMPOSED:  12  8

9. EXECUTION OF SENTENCE IMPOSED:

A. ☒ AT INITIAL SENTENCING HEARING   B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL   C. ☐ AFTER REVOCATION OF PROBATION   D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d)   E. ☐ OTHER _____

| 10. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS | | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS | |
|---|---|---|---|---|---|---|---|
| 05 24 91 | 360 | INCLUDING: | | 240 | 120 | ☐ DMH | ☐ CDC |

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:

☒ FORTHWITH
☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:

☐ CALIF. INSTITUTION FOR WOMEN – FRONTERA
☐ CALIF. MEDICAL FACILITY – VACAVILLE
☐ SAN QUENTIN
☐ OTHER (SPECIFY):
☒ CALIF. INSTITUTION FOR MEN – CHINO
☐ DEUEL VOC. INST.

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| *[signature]* | May 26, 1992 |

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted by the Judicial Council of California
Effective April 1, 1990

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT**
FORM DSL 290

Pen.C. 1213.5

DISTRIBUTION:    PINK COPY – COURT FILE    YELLOW COPY – DEPARTMENT OF CORRECTIONS    WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

B/1

FORM CR 292

SUPERIOR MUNICIPAL JUSTICE } COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

COURT (I.D.) 3,3,1,0,0,    BRANCH OR JUDICIAL DISTRICT: RIVERSIDE

JUL 18 1994

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT TONY MABRY
AKA:
☒ PRESENT — A
☐ NOT PRESENT — B
COMMITMENT TO STATE PRISON — C
ABSTRACT OF JUDGMENT    AMENDED — D
ABSTRACT ☒☒ — E

DATE OF HEARING (MO) (DAY) (YR)    DEPT. NO 62    JUDGE ROBERT D. MACOMBER    CLERK A. HATTON
REPORTER G. BREWER    COUNSEL FOR PEOPLE J. RUIZ    COUNSEL FOR DEFENDANT CDP-J. AQUILINA    PROBATION NO. OR PROBATION OFFICER

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | MO | DAY | YEAR | CONVICTED BY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187* | 1st MURDER | 90 | 04 | 17 | 91 | X | | | |

2. ENHANCEMENTS charged and found TIED TO SPECIFIC COUNTS...

| Count | Enhancement | Yrs. or "S" | Enhancement | Yrs "S" | Enhancement | Yrs "S" | Enhancement | Yrs "S" | Enhancement | Yrs "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.5 | 5 | | | | | | | | | 5 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS...

| Enhancement | Yrs. or "S" | Enhancement | Yrs "S" | Enhancement | Yrs "S" | Enhancement | Yrs "S" | Enhancement | Yrs "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 667 | 5 | | | | | | | | | 5 |

4. Defendant was sentenced to State Prison for an indeterminate term:
6. Other Orders:

DEFENDANT SENTENCED TO STATE PRISON FOR TOTAL INDETERMINATE SENTENCE OF 37 YEARS TO LIFE

COURT RESENTENCES DEFT, MATTER HAVING BEEN RETUNED ON A REMITITUR FROM COURT OF APPEALS.

8. EXECUTION OF SENTENCE IMPOSED:
A. ☒ AT INITIAL SENTENCING HEARING.

9. DATE OF SENTENCE PRONOUNCED 3-19-93    CREDIT FOR TIME SPENT IN CUSTODY 1,356    TOTAL DAYS INCLUDING: ACTUAL LOCAL TIME 904    LOCAL CONDUCT CREDITS 452

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
☒ FORTHWITH

CLERK OF THE COURT
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.
DEPUTY'S SIGNATURE    DATE July 13,1994

ABSTRACT OF JUDGMENT - PRISON COMMITMENT - INDETERMINATE
CR 292    Pen. C § 1213.5
DISTRIBUTION    PINK COPY—COURT FILE    YELLOW COPY—DEPARTMENT OF CORRECTIONS    WHITE COPY—ADMINISTRATIVE OFFICE OF THE COURTS

B/2

## ABSTRACT OF JUDGMENT - PRISON COMMITMENT
## INDETERMINATE SENTENCE

FORM CR 292

☑ SUPERIOR
☐ MUNICIPAL
☐ JUSTICE

COURT OF CALIFORNIA, COUNTY OF **RIVERSIDE**

COURT (I.D.)
**3 3 1 0 0**

BRANCH OR JUDICIAL DISTRICT: **SUPERIOR**

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: **TONY MABRY**
AKA:

☑ PRESENT    **CR37941** - A
☐ - B
☐ NOT PRESENT    - C

COMMITMENT TO STATE PRISON    AMENDED    - D
ABSTRACT OF JUDGMENT    ABSTRACT ☑    - E

DATE OF HEARING (MO) (DAY) (YR) **03 19 93** | DEPT. NO. **62** | JUDGE **ROBERT D. MACOMBER** | CLERK **A. HATTON**
REPORTER **G. BREWER** | COUNSEL FOR PEOPLE **J. RUIZ** | COUNSEL FOR DEFENDANT CDP **J. AQUILINA** | PROBATION NO. OR PROBATION OFFICER

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
☑ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT __1__ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | MO | DAY | YEAR | CONVICTED BY |
|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187* | 1st MURDER | 90 | 04 | 17 | 91 | x |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS

| Count | Enhancement | Yrs. or "S" | ... | Total |
|---|---|---|---|---|
| 1 | 12022.5 | 5 | | 5 0 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS

| Enhancement | Yrs. or "S" | ... | Total |
|---|---|---|---|
| 667 | 5 | | 5 0 |

4. Defendant was sentenced to State Prison for an indeterminate term:
A. ☐ For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts
B. ☐ For LIFE WITH POSSIBILITY OF PAROLE on counts
C. ☑ For 15 years to life, WITH POSSIBILITY OF PAROLE on counts __1__
D. ☐ For 25 years to life, WITH POSSIBILITY OF PAROLE on counts
E. ☐ For other term prescribed by law on counts
PLUS enhancement time shown above.

5. ☐ Indeterminate sentence shown on this abstract to be served ☐ consecutive to ☐ concurrent with any prior incompleted sentence(s).

6. Other Orders:

7. ☑ The Court advised the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

8. EXECUTION OF SENTENCE IMPOSED:
A. ☐ AT INITIAL SENTENCING HEARING  B. ☑ AT RESENTENCING PURSUANT TO DECISION ON APPEAL  C. ☐ AFTER REVOCATION OF PROBATION  D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))  E. ☐ OTHER

9. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) **03 19 93** | CREDIT FOR TIME SPENT IN CUSTODY **1,356** | TOTAL DAYS INCLUDING: | ACTUAL LOCAL TIME **904** | LOCAL CONDUCT CREDITS **452** | STATE INSTITUTIONS ☐ CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
☑ FORTHWITH
☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
☐ CALIF. INSTITUTION FOR WOMEN–FRONTERA
☐ WASCO
☐ OTHER (SPECIFY)
☐ CCWF–CHOWCHILLA
☐ SAN QUENTIN
☐ CALIF. INSTITUTIONS FOR MEN–CHINO
☐ R.J. DONOVAN
☐ DEUEL V.I. INST.

**CLERK OF THE COURT**
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE | DATE **December 13, 1995**

This form is prescribed under Penal Code § 1213 to satisfy the requirements of § 1213 for indeterminate sentences. Attachments may be used but must be referred to in this document.

Form Approved by the Judicial Council of California Effective January 1, 1993

## ABSTRACT OF JUDGMENT - PRISON COMMITMENT - INDETERMINATE
CR 292

B/3  § 12135

 # Actions 

| | | | | | | |
|---|---|---|---|---|---|---|
| **Home** | **Def. Status** | **Def. Info** | **Charges** | **Actions** | **Minutes** | **Probation** |
| **Case Report** | **Fine Info** | | | | | |

Open Quick Search

Defendant  1 - MABRY, TONY ▪ Of 2

## Case CR37941 Defendant 5229 , MABRY TONY

[ ]      Move To This Date

## Related Cases On Calendar

*This Defendant Does Not Have Any Other Cases With Future Hearings Scheduled.*

## Actions On Case

| Action Date | Action Text | Disposition | Hearing Type |
|---|---|---|---|
| 12/26/2007 8:30 AM DEPT. 63 | EX PARTE HEARING RE: VERIFICATION CCP446 & 201.5 - Minutes | DISPOSED | |
| 12/16/2007 2:05 PM DEPT. 63 | CORRESPONDENCE FROM DEFENDANT CCPSEC 446 & 201.5 FILED. | | |
| 07/17/2000 | CRIMINAL EXHIBITS DESTROYED 07/13/00 (REFER TO ED) | | |
| 12/15/1999 | FILED: 5TH AMENDED ABSTRACT OF JUDGMENT - LIFE | | |
| 12/15/1999 | FILED: 5TH AMENDED ABSTRACT OF JUDGMENT. | | |
| 12/15/1999 | CERT.CPY OF MINUTE ORDER ABSTRACT OF JUDGMENT DATED: 12/09/1999 SENT TO DOC ( KSTAF).(REFER TO CCSD) | | |
| 12/09/1999 8:30 AM DEPT. 51 | MOTION SET FOR CORRECTION OF ABSTRACT - Minutes | DISPOSED | |
| 12/02/1999 | CHANGE COURT OF JURISDICTION TO RI | | |
| 11/18/1999 | REC'D LTR FROM DOC DATED: 11/12/1999 TO DEPT. 51. | | |
| 06/07/1999 | ORDER FOR PETITION FOR WRIT OF HABEAS CORPUS IS DENIED ; J. THOMPSON HANKS | | |
| 06/03/1999 | PETITION FOR WRIT OF HABEAS CORPUS FILED | | |
| 12/16/1997 | EXHIBITS DESTROYED | | |
| 11/19/1997 | CRIMINAL EXHIBITS DESTROYED 111397 (REFER TO ED) | | |
| 03/25/1997 | NOTICE OF DESTRUCTION OF | | |

( A P P E N D I X: C )

C 1-thru-4 & 5

APP: C   1-5

APPENDIX: C

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                          PETE WILSON, *Governor*

## DEPARTMENT OF CORRECTIONS



Legal Processing Unit
P.O. Box 942883
Sacramento, CA  94283-0001
(916)  323-7407


April 30, 1992


Honorable Robert D. Macomber
Judge of the Superior Court
County of Riverside
4100 Main Street
Riverside, CA  92501

Re:  MABRY, Tony
CDC No.:  D-90450
Case No.:  CR37941
Date of Sentence:  May 24, 1991

Dear Judge Macomber:

A review of the documents delivered with the above-named inmate indicates the
Abstract of Judgment may be in error, or incomplete, for the following reasons:

The Determinate Abstract of Judgment reflects Count 4, PC246 Shoot at Vehicle,
with an upper term of seven(7) years, plus an enhancement of five(5) years pursu-
ant to PC12022.5(a) Use of Firearm.

It is our understanding PC12022.5(a) would be an element of the offence for
PC246, discribed in the Penal Code as, <u>Discharge</u> <u>of</u> <u>Firearm</u> at inhabited
dwelling, vehicle, or aircraft.  Therefore, it appears this enhancement should be
stayed or stricken.

Please review your file to determine if a correction is required.  We would
appreciate your providing a certified copy of any Minute Order or modified
Abstract of Judgment to this Department.  May we also request the attached copy
of this letter be returned with your response.

Sincerely,

SHERYL MILLER
Correctional Case Records Manager

*Peggy Francisco*

By:  PEGGY FRANCISCO
     Correctional Case Records Specialist

Attachments

cc:  District Attorney
     Defense Counsel
     Inmate
     C-File                                                                C/1

SM:PF:jh

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY

PETE WILSON, *Governor*



# DEPARTMENT OF CORRECTIONS
Legal Processing Unit
P.O. Box 942883
Sacramento, CA  94283-0001
(916) 323-7402

Third    **REQUEST**

We have not received an answer to our
first letter. In order to process the
legal documents on Subject's commitment
in a timely manner, we would appreciate
a response by the Court as early as
possible. Thank you.

July 21, 1995

10/13/95 _____
Date    Corr. Case Records Specialist

Honorable Robert D. Macomber
Judge of the Superior Court
County of Riverside
4100 Main Street, Room 110
Riverside, CA  92501

INMATE'S COPY

Re.: MABRY, Tony
CDC No.: D90450
Court Case No.: CR37941
Date of Sentence:  March 19, 1993

Dear Judge Macomber:

A review of the documents received for the above-named inmate
indicates the Abstract of Judgment/Minute Order may be in error,
or incomplete for the following reasons:

The Abstract of Judgment reflects Count 4 enhancement PC 12022.5
Use of a Firearm with the offense on Count 4 PC 246 Shoot at
Dwelling which is the element of the offense.

In addition, the Abstract of Judgment also reflects on item
number 6, Other Order, "DEFENDANT SENTENCED TO STATE PRISON FOR
TOTAL INDETERMINATE SENTENCE OF 37 YEARS TO LIFE."  However,
Count 1 has a total term of 35 years and Count 4 has a total term
of 7 years which equal 42 years to Life not counting the
enhancement on Count 4 PC 12022.5 which is the element of the
offense.  Please clarify.

We request an expeditious review of your file.  If a correction
is required, please provide a certified copy of the Minute Order
or modified Abstract of Judgment to this Department so that our
records will accurately reflect the order of the Court.  May we
also request the attached copy of this letter be returned with
your response.

Sincerely,

DELORIS PASCHAL
Correctional Case Records Manager

By: JOHNNY R. GALVAN
    Correctional Case Records Specialist

    Attachments

cc:  Defense Counsel    District Attorney    Inmate    C-file

C/2

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY
GRAY DAVIS, *Governor*

**DEPARTMENT OF CORRECT   .S**
**Legal Processing Unit**
**P.O. Box 942883**
**Sacramento, CA 94283-0001**
**(916) 327-6873**



November 12, 1999


The Honorable Robert D. Macomber
Judge of the Superior Court, Dept. 62
County of Riverside
4100 Main Street
Riverside, CA  92501


Re:  MABRY, Tony
CDC No.: D90450
Case No.: CR37941
Date of ReSentence: March 19, 1993

Dear Judge Macomber:

A review of the documents delivered with the above-named inmate indicates the Abstract of Judgment may be in error, or incomplete, for the following reasons:

The Resentence Abstract reflects Count 1, PC 187, Murder 1st with a term of 15 years to Life imposed; however, the term for this offense is 25 years to Life.  It is noted, that Count 1 was originally sentenced to 25 years to Life.  Please clarify.

Please review your file to determine if a correction is required.  When notified by the Department of Corrections that an illegal sentence exists, the trial court is entitled to reconsider all sentencing choices, *People v. Hill* 185 Cal.App.3d 831.  We would appreciate you providing a **certified copy of any Minute Order or modified Abstract of Judgment** to this Department.  May we also request the attached copy of this letter be returned with your response.  If this case is under appellate review, please forward a copy of this letter to the appellate attorney.

Sincerely,


KATHY MOORE
Correctional Case Records Manager

*Elisabeth R. Ray*

By:  ELISABETH R. RAY
      Correctional Case Records Analyst


cc:  District Attorney
      Criminal Defense Panel
      Inmate
      C-File

Recd
3-15-2000
ns

C/3

```
EGAL STATUS SUMMARY TYPE-   D    LAC       ** DISCREPANT **  08/06/98 01:15
--------------------------------------------------------------------------
 CDC NUMBER | NAME                              |ETHNIC|     BIRTHDATE
  D90450    | MABRY,TONY                        | BLA  |    09/03/1968
--------------------------------------------------------------------------
 TERM STARTS | LIFE TERM STARTS    MIN ELIGIBLE PAROLE DTE |
  03/19/1993 |   04/26/2001          12/25/2017            |
--------------------------------------------------------------------------
                                              |  PAROLE PERIOD
ASE TERM 25/00 + ENHCMNTS 17/00 = TOT TERM  42/00 TO LIFE |LIFE
--------------------------------------------------------------------------

PRE-PRISON + POST SENTENCE CREDITS
CASE    P2900-5 P1203-3 P2900-1 CRC-CRED MH-CRED P4019  P2931 POST-SENT  TOT
--------------------------------------------------------------------------
CR37941A    240         665                    120     533           1558

NOTIFICATION REQUIRED PER PC290.2
NOTIFICATION REQUIRED PER PC3058.6

DOC. HEARING:  04/2004   DEFENSE ATTORNEY:  AQUILINA,J
INIT. HEARING: 11/2016   INVESTIGATING AGENCY:  PD/FERRIS

--------------------------------------------------------------------------
 RECV DT/ COUNTY/   CASE   SENTENCE DATE             CREDIT   OFFENSE
   CNT      OFF-CODE DESCRIPTION                      CODE      DATE
--------------------------------------------------------------------------
CONTROLLING PRINCIPAL & CONSECUTIVE  (INCLUDES ENHANCEMENTS/OFFENSES):

--CONTROLLING CASE --
 3/19/1993  RIV   CR37941A      3/19/1993
             01 P667(A)   01 PFC SERIOUS                 1
  01 P187    MURDER 1ST                                 32  09/28/1990
             P12022.5(A)  02 USE F'ARM                   1
  04 P246    DISCH FIRARM I/D                  CS        1   09/28/1990

--------------------------------------------------------------------------
WTIP WAIVER              BEGINNING  CREDIT    TOTAL   TOTAL      NET
   DATE                   BALANCE  APPLIED    LOST   RESTORED   TOTAL
03/19/1993                 1192     1702      510       0       1192

REDITS AUTO RE-VESTED PER PC-2934 :    0

--------------------------------------------------------------------------

TRAN                         RULE  _____D A Y S_____
TYPE  DATE   END DATE LOG NUMBER  NUMBER ASSESS LOST REST DEAD

BEG 07/07/1988        ******BEG BAL*******
ADD 06/11/1991        CR37941
   CURRENT PC BALANCE:  761        CURRENT BC BALANCE:  2283
--------------------------------------------------------------------------
                                                              C/4
```

ISCREPANCY AND WARNING ERRORS                                    08-06-1998

      D90450   MABRY,TONY


ASE=CR37941A ID=C
 CNT=004 TIME IMPOSED NE 1/3 MIDDLE TERM FOR 1/3 CS OFFENSE
ASE=          ID=
 END DATE FOR CREDIT CODE 1 IS 04/26/2001.
ASE=CR37941A ID=C
   1170.1(A) NOT APPLIED OR APPLIED INAPPROPRIATELY

C/5

( A P P E N D I X : D )

D   1-thru-3

APPENDIX: D

(2) Defendant was not adjudged a habitual criminal within the meaning of Subdivision _____ of Section 644 of the Penal
     (was or was not)                                                                              (a or b)
Code; and the defendant is not a habitual criminal in accordance with Subdivision (c) of that Section.
                        (is or is not)

(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by imprisonment in
    the State Prison of the State of California for the term provided by law, and that he be remanded to the Sheriff of the County
    of ......RIVERSIDE...................... and by him delivered to the Director of Corrections of the State of California at .........

    ..........CHINO, CALIFORNIA.............................................

    It is ordered that sentences shall be served in respect to one another as follows (concurrently or consecutively as to each count):

    Sentence to 25 Years to Life, Counts 2 & 4 to run Consecutive to Count

    1 for a Total of: 42 Years and 8 Months. (See DSL290 as to Cts 2 & 4)

    and in respect to any prior incompleted sentence(s) as follows (concurrently or consecutively as to all incomplete sentences
    from other jurisdictions):

    ........................................N/A........................................

(4) To the Sheriff of the County of ...RIVERSIDE.............. and to the Director of Corrections at the ............................

    CALIFORNIA INSTITUTE FOR MEN, CHINO, CALIFORNIA,

    pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above-named defendant into the
    custody of the Director of Corrections at ...THE CALFIRONIA INSTITUTE FOR MEN, CHINO,
    California, at your earliest convenience.

                          Witness my hand and seal of said court

                          this ...6th.............. day of June, 1991............................,

                          ........ARTHUR SIMS............................................ Clerk,

                          by ...*[signature]*........ N. MARTINEZ........................ Deputy

                          State of California,
                          County of .RIVERSIDE.......... } ss.

                                  I do hereby certify the foregoing to be a true and correct abstract of judgment duly
     SEAL                  made and entered on the minutes of the Superior Court in the above entitled action as
                          provided by Penal Code Section 1213.

                          Attest my hand and seal of the said Superior Court this 6th day of ...June...............,
                          19.91.

                          ARTHUR SIMS BY: *[signature]* N. MARTINEZ, DEPUTY
                          County Clerk and Ex-Officio Clerk of the Superior Court of California in and for the County of ...
                          RIVERSIDE..............................

                          The Honorable .ROBERT D. MACOMBER.............. ...................,

                          Judge of the Superior Court of the State of California, in and for the County of .......

                          RIVERSIDE....................................................

                                                                                                    D/1

NOTE: If probation was granted in any sentence of which abstract of judgment is certified, attac
a minute order reciting the fact and imposing sentence or ordering a suspended sentence into effect.

# In the Superior Court of the State of California

## in and for the County of RIVERSIDE

# Abstract of Judgment

## Commitment to State Prison

Dept. No. 07   Case No. CR37941

The People of the State of California

vs.

TONY MABRY

Present:

Hon. ROBERT D. MACOMBER  
*Judge of the Superior Court*

JOHN RUIZ  
*Prosecuting Attorney*

JOHN AQUILINA (CDP)  
*Counsel for Defendant*

_____  
*Defendant.*

This certifies that on the 24th day of May, 19 91, judgment of conviction of the above-named defendant was entered as follows:

(1) In Case No. CR37941, Count No. 1, he was convicted by JURY (court or jury) on his plea of NOT GUILTY

(Guilty, not guilty, former conviction or acquittal, once in jeopardy, not guilty by reason of insanity)

of the crime of MURDER (1st Degree)

(designation of crime and degree if any, including fact that it constitutes a second subsequent conviction of same offense if that affects the sentence.)

in violation of 187 (1st Degree)

(reference to Code or Statute, including Section and Subsection thereof, if any, violated.)

With prior felony convictions as follows:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|------|------------------|-------|-------------|
| NONE |  |  |  |

Defendant was not armed with a deadly weapon at the time of his commission of the offense or a concealed deadly weapon at the time of his arrest within the meaning of Sections 969c and 3024 of the Penal Code.

(was or was not)

Defendant was not armed with a deadly weapon at the time of his commission of the offense within the meaning of Sections 969c and 12022 of the Penal Code.

(was or was not)

Defendant used a firearm in his commission of the offense within the meaning of Sections 969d and 12022.5 of the Penal Code.

(used or did not use)

Defendant has been held in jail custody for 360 days as a result of the same criminal act or acts for which he has been convicted. **240 Actual Days, plus 120 Days, 4019PC

(Repeat foregoing with respect to each count of which defendant was convicted.)

(2) Defendant __was not__ adjudged a habitual criminal within the meaning of Subdivision ____ of Section 644 of the Penal
        (was or was not)                                        (a or b)

Code; and the defendant __is not__ a habitual criminal in accordance with Subdivision (c) of that Section.
                    (is or is not)

(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by imprisonment in
the State Prison of the State of California for the term provided by law, and that he be remanded to the Sheriff of the County
of _____RIVERSIDE_____ and by him delivered to the Director of Corrections of the State of California at _____

    CHINO, CALIFORNIA

It is ordered that sentences shall be served in respect to one another as follows (concurrently or consecutively as to each count):

Count 1: Sentenced to 25 years to LIFE.  Counts 2 & 4 ordered served consecutive

to Count 1:  TOTAL FIXED TERM -- 37 YEARS 8 MONTHS TO LIFE.  (See DSL 290 amended

5-26-92)

and in respect to any prior incompleted sentence(s) as follows (concurrently or consecutively as to all incomplete sentences
from other jurisdictions):

  Not Applicable

(4) To the Sheriff of the County of _____Riverside_____ and to the Director of Corrections at the _____

  California Institution for Men at Chino, California

pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above-named defendant into the
custody of the Director of Corrections at _____C.I.M., CHINO_____,
California, at your earliest convenience.

Witness my hand and seal of said court

this _____6th_____ day of ____June, 1991____,

ARTHUR A. SIMS, Executive Officer and _____ Clerk,

by _____ S. DeHaro, Deputy

State of California,

County of __RIVERSIDE__ } ss.

    I do hereby certify the foregoing to be a true and correct abstract of judgment duly
made and entered on the minutes of the Superior Court in the above entitled action as
provided by Penal Code Section 1213.

**SEAL**

Attest my hand and seal of the said Superior Court this 6th day of __June__,
19_91_.

ARTHUR A. SIMS, Executive Officer/Clerk by _____ Dep.

County Clerk and Ex-Officio Clerk of the Superior Court of California in and for the County of —
Riverside

The Honorable ____ROBERT D. MACOMBER____,

Judge of the Superior Court of the State of California, in and for the County of _____

Riverside

RECEIVED LEGAL PROCESSING

'92 MAY 28 AM 9:28

NOTE: If probation was granted in any sentence ' which abstract of judgment is certified
a minute order reciting the fact and imposing sen' > or ordering a suspended sentence int'

D/2

CR-292 (Rev. 6/86)

# ABSTRACT OF JUDGMENT

FILED RIVERSIDE COUNTY

# In the Super.... ....r Court of the State of California

in and for the County of **RIVERSIDE**

## Abstract of Judgment

Commitment to State Prison

**MAY 26 1992**

ARTHUR A. SIMS, Clerk

By S. DeHaro, Deputy

| | |
|---|---|
| Dept. No. **07** | Case No. **CR 37941** |

The People of the State of California

vs.

**TONY MABRY**

| | |
|---|---|
| Defendant. | |

Present:

Hon. **ROBERT D. MACOMBER**
Judge of the Superior Court

DISTRICT ATTORNEY by
**John Ruiz, Deputy**
Prosecuting Attorney

**John Aguilina, Esq.**
Counsel for Defendant

This certifies that on the **24th** day of **May**, 19 **91**, judgment of conviction of the above-named defendant was entered as follows:

(1) In Case No. **CR 37941**, Count No. **1**, he was convicted by **Jury** on his plea of
(court or jury)

**NOT GUILTY**
(Guilty, not guilty, former conviction or acquittal, once in jeopardy, not guilty by reason of insanity)

of the crime of **MURDER IN THE FIRST DEGREE**
(designation of crime and degree if any, including fact that it constitutes a second subsequent conviction of same offense if that affects the sentence.)

in violation of **187 of the Penal Code, 1st degree**
(reference to Code or Statute, including Section and Subsection thereof, if any violated.)

with prior felony convictions as follows:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Defendant has been held in jail custody for **360** days as a result of the same criminal act or acts for which he has been convicted.  **(240 actual days plus 4019 PC credits)**

Defendant was **not** armed with a deadly weapon at the time of his commission of the offense or a concealed deadly weap-
(was or was not)
on at the time of his arrest within the meaning of Sections 969c and 3024 of the Penal Code.

Defendant was **not** armed with a deadly weapon at the time of his commission of the offense within the meaning of Sec-
(was or was not)
tions 969c and 12022 of the Penal Code.

Defendant **used** a firearm in his commission of the offense within the meaning of Sections 969d and 12022.5 of
(used or did not use)
the Penal Code.

(Repeat foregoing with respect to each count of which defendant was convicted.)

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT

FORM DSL 290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF __RIVERSIDE__

COURT I.D. `8 3 1 0 0`    BRANCH __RIVERSIDE__

PEOPLE OF THE STATE OF CALIFORNIA versus

DEFENDANT: **TONY MABRY**
AKA:

CASE NUMBER(S)
CR37941 - A
- B

☒ PRESENT
☐ NOT PRESENT

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT    ☐ AMENDED ABSTRACT
- C
- D

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 05 24 91 | 07 | ROBERT D. MACOMBER | R. ABILEZ |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. or PROBATION OFFICER |
|---|---|---|---|
| G. BREWER | JOHN RUIZ | JOHN AQUILINA (CDP) | |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):

☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____ (NUMBER OF PAGES) _____

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | MO | DAY | YEAR | CONVICTED BY | | | | | | | | | | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC 12021 | Felon w/gun | | 90 | 04 | 17 | 91 | X | | U | | | | X | | | | 8 |
| 1 | PC 246 | Shoot at Vehicle | | 90 | 04 | 17 | 91 | X | | U | | PRINCIPAL | | | | | | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.) For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter the total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.5 | S | | | | | | | | | |
| 1 | 12022.5(A) | 05 | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER. List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|
| 667 | 5 | | | | | | | 5 |
| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |

4. INCOMPLETED SENTENCE(S) CONSECUTIVE.

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |

5. OTHER ORDERS **As to Enhancement 1 is Stayed not Stricken. See Indeterminate Abstract as to Count 1 **25 Years to Life****

Use additional sheets of plain paper if necessary.

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A)

7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10 YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC. (Do not include § 654 stays or discretionary stays of term for enhancements.)

8. TOTAL TERM IMPOSED:    17 8

9. EXECUTION OF SENTENCE IMPOSED:
A. ☒ AT INITIAL SENTENCING HEARING
B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. ☐ AFTER REVOCATION OF PROBATION
D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d)
E. ☐ OTHER

10. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR): 05 24 91

| CREDIT FOR TIME SPENT IN CUSTODY 360 | TOTAL DAYS | INCLUDING: | ACTUAL LOCAL TIME 240 | LOCAL CONDUCT CREDITS 120 | STATE INSTITUTIONS ☐ DMH ☐ CDC |
|---|---|---|---|---|---|

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:

☒ FORTHWITH
☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:

☐ CALIF. INSTITUTION FOR WOMEN – FRONTERA
☐ CALIF. MEDICAL FACILITY – VACAVILLE
☒ CALIF. INSTITUTION FOR MEN – CHINO
☐ DEUEL VOC. INST.
☐ SAN QUENTIN
☐ OTHER (SPECIFY):

### CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: _T. Martinez_    DATE: 06/06/91

This form is prescribed under Penal Code § 1213.5 to satisfy the requirement of § 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted by the Judicial Council of California Effective April 1, 1990

ABSTRACT OF JUDGMENT – PRISON COMMITMENT
FORM DSL 290

Pen.C. 1213.5

DISTRIBUTION:    PINK COPY – COURT FILE    YELLOW COPY – DEPARTMENT OF CORRECTIONS    WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

D/3

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Tony Mabry

2254    DEF
FILING FEE PAID
Yes ☐    No ☐
IFP MOTION FILED
Yes ☐    No ☐
COPIES SENT TO
Court    Prose

L. E. Scribner

**FILED**
**MAR 12 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ KM ___ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** Imperial
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Tony Mabry
PO Box 5004
Calipatria, CA 92233
D-90450

ATTORNEYS (IF KNOWN)

**'08 CV 0467 JM AJB**

| II. BASIS OF JURISDICTION (PLACE an x IN ONE BOX ONLY) | III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX<br>(For Diversity Cases Only)    FOR PLAINTIFF AND ONE BOX FOR DEFENDANT |
|---|---|
| ☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question<br>(U.S. Government Not a Party)<br><br>☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III | PT DEF    PT DEF<br>Citizen of This State    ☐1 ☐1    Incorporated or Principal Place of Business ☐4 ☐4<br>in This State<br>Citizen of Another State    ☐2 ☐2    Incorporated and Principal Place of Business ☐5 ☐5<br>in Another State<br>Citizen or Subject of a Foreign    ☐3 ☐3    Foreign Nation    ☐6 ☐6<br>Country |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)**

### 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ Marine | ☐ 310 Airplane    ☐ 362 Personal Injury-<br>Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander    ☐ 365 Personal Injury -<br>Product Liability | of Property 21 USC881 | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment<br>&Enforcement of Judgment | ☐ 330 Federal Employers'<br>Liability    ☐ 368 Asbestos Personal Injury<br>Product Liability | ☐ 630 Liquor Laws<br>☐ 640 RR & Truck | ☐ 830 Patent<br>☐ 840 Trademark | ☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine    **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | |
| ☐ 152 Recovery of Defaulted Student<br>Loans (Excl. Veterans) | ☐ 345 Marine Product<br>Liability    ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923) | ☐ 810 Selective Service<br>☐ 850 Securities/Commodities |
| ☐ 153Recovery of Overpayment<br>of Veterans Benefits | ☐ 350 Motor Vehicle    ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product<br>Liability    ☐ 380 Other Personal<br>Property Damage | **LABOR** | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury    ☐ 385 Property Damage<br>Product Liability | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act | ☐ 870 Taxes (U.S. Plaintiff<br>or Defendant) | ☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 871 IRS - Third Party<br>26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting    ☐ 510 Motions to Vacate Sentence<br>Habeas Corpus | ☐ 790 Other Labor Litigation | | ☐ 900 Appeal of Fee Determination<br>Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations    ☒ 530 General | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 240 Tort to Land | ☐ 444 Welfare    ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights    ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding    ☐ 2 Removal from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint:<br>JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE    Docket Number

DATE    3/12/2008    SIGNATURE OF ATTORNEY OF RECORD    R. Mell

CR