TONY MABRY
PLAINTIFF/PETITIONER/MOVANT'S NAME

D-90450
PRISON NUMBER

CALIPATRIA STATE PRISON
PLACE OF CONFINEMENT

P.O. BOX 5002   CALIPATRIA, CA.
ADDRESS                92233

**FILED**
MAR 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ___ / 1983 ___
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓   Pro Se ___

# United States District Court
## Southern District Of California

TONY MABRY,
Plaintiff/Petitioner/Movant

v.

L.E. SCRIBNER (Warden),
Defendant/Respondent

Civil No. **'08 CV 0467 JM AJB**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS (HILL v. ALASKA)

I, ___TONY MABRY___,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration ___Calipatria State Prison___
   Are you employed at the institution?                ☐ Yes ☒ No
   Do you receive any payment from the institution?    ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                                                                                  H:\CIV-67.wpd

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____
   N/A

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _____
   N/A

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment       ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends       ☐ Yes ☒ No
   c. Pensions, annuities or life insurance               ☐ Yes ☒ No
   d. Disability or workers compensation                  ☐ Yes ☒ No
   e. Social Security, disability or other welfare        ☐ Yes ☒ No
   e. Gifts or inheritances                               ☐ Yes ☒ No
   f. Spousal or child support                            ☐ Yes ☒ No
   g. Any other sources                                   ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _____
   N/A

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): N/A
   b. Present balance in account(s): 

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☐ No
   a. Name(s) and address(es) of bank(s): N/A
   b. Present balance in account(s): 

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make: _____ Year: _____ Model: _____
   N/A
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☐ No
If "Yes" describe the property and state its value. _____N/A_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _____N/A_____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____N/A_____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _____N/A_____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. _____N/A_____

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-9-08
DATE

*Tony Mabry*
SIGNATURE OF APPLICANT

THE $5 filing fee for (habeas corpus petition) has been pre-paid by petitioners family (MABRY)....
KEVIN A. MABRY
6871 GYPSUM CR. DR.
CORONA, CA 92880