TONY MABRY
    Petitioner

L. E. SCRIBNER
    Respondent

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

No. **'08 CV 0467 JM AJB**

Motion and Declaration
For Appointment Of
Counsel





FILED
MAR 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Petitioner, TONY MABRY, moves the court for an order appointing counsel at public exspense. See 28 USC section 1915 (d); 18 USC section 3006A.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Calipatria State Prison, California on MOS. 9TH, 2008.
(MARCH)

SIG. _Tony Mabry_
TONY MABRY  (3-9-08)

-1-

(ALTERNATIVE - 1)

Counsel should be appointed because the issues in this case are particularly complex. See <u>Dillon v. U.S.</u> (9TH. Cir 1962) 307 Fd2 445: <u>Hawkins v. Bennet</u> (8TH. Cir 1970) 423 F2d 948.

Issues Of Difficulty:

Petitioners "PRAYS" that this court appoint him counsel due to the degree of difficulty within his "challenge to the calculation of his release date", presented to the federal level, being that there are so many constitutional violations violating petitioners fair impartial & equal protection.

Theres an enormous amount of release date documentation within petitioners prison "Case-File" to scrutinize petitoners term being computated in error for a very long time.

Petitioner asserts that the degree of difficulty within this matter can only be settled by way of attaining "Federal-Counsel", because the issues at hand are becoming more & more difficult to investigate for relief.

Therefor attaining counsel at this juncture of petitioner seeking relief from an illegal detention would guard against any further constitutional- violations committed against him.

*Tony Mabey*
3-9-08