08 cv 467-JM(AJB)

```
       UNITED STATES
       DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
         SAN DIEGO DIVISION

      # 148752      - SH

        March 14, 2008
           09:43:22

        Habeas Corpus
USAO #.: 08CV0467
Judge..: JEFFREY T MILLER
Amount.:                    $5.00 MO
Check#.: 08-750525427


      Total->   $5.00


FROM: TONY MABRY
```