# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MABRY,<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>L. E. SCRIBNER, Warden,<br><br>　　　　　　　　　　　　Respondent. | Civil No.   08cv0467-JM (AJB)<br><br>**ORDER AMENDING**<br>**MARCH 30, 2008 ORDER** |

On March 3, 2008, Petitioner, a state prisoner proceeding pro se, paid the $5.00 filing fee and filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

On March 30, 2008, the Court denied the request to proceed in forma pauperis as moot because Petitioner had paid the filing fee, and dismissed this action because Petitioner had failed to allege exhaustion of his state court remedies. (See Order filed 3/20/08.) However, the conclusion section of that Order inadvertently instructed Petitioner that if he wished to proceed with this action he was required to satisfy the filing fee requirement on or before May 19, 2008.

The March 30, 2008 Order is **HEREBY AMENDED** to include the following language: If Petitioner wishes to proceed with this action, he must, no later than **May 19, 2008**, file a First Amended Petition in which he alleges exhaustion of his state remedies. If Petitioner fails to allege exhaustion of his state remedies on or before **May 19, 2008**, he will have to begin again

1 by filing a new federal habeas petition which will be given a new civil case number. The Clerk
2 of Court shall send Petitioner a blank Southern District of California amended habeas petition
3 form along with a copy of this Order.

4 **IT IS SO ORDERED.**

5 DATED:  April 7, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

10   CC:          ALL PARTIES