# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Tony Mabry

                V.                            **JUDGMENT IN A CIVIL CASE**

L.E. Scribner

                                      **CASE NUMBER:**    08cv467-JM(AJB)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court dismisses the petition without prejudice and without leave to amend......................................
............................................................................................................................................................................

| May 1, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                                       S/ T. Lee
                                                                       (By) Deputy Clerk

                                                                       ENTERED ON May 1, 2008